*ton L. Burwell* and *Walter S. Forsyth* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Robert L. Stern, Herman Marcuse* and *Willard W. Gatchell* for the Federal Power Commission, *Charles M. Goetz, Orrin G. Judd* and *Earle K. Moore* for the Power Authority of the State of New York, and *Murray Preston* for the Great Lakes-St. Lawrence Association, respondents.

No. 773. LOMBARDI ET AL., TRADING AS JOSEPH LOMBARDI & SONS, *v.* KEEFER ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Horace N. Lombardi* and *John Martin Doyle* for petitioners. *M. Stuart Goldin* for respondents.

No. 779. MISSION CORPORATION *v.* BLAU ET AL. C. A. 2d Cir. Certiorari denied. *Barnabas B. Hadfield* and *C. Lansing Hays, Jr.* for petitioner. *Morris J. Levy* for Blau, respondent.

No. 664. CELLA *v.* UNITED STATES ET AL.; and
No. 782. MEYER *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* for petitioner in No. 664. *John J. Kelly, Jr.* for petitioner in No. 782. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Ralph S. Spritzer, Robert L. Farrington* and *Neil Brooks* for respondents. Reported below: No. 664, 208 F. 2d 783; No. 782, 211 F. 2d 406.

No. 681. CALIFORNIA *v.* UNITED STATES. Court of Claims. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Edmund G. Brown,* Attorney General of California, *Phil D. Swing, Howard C. Ellis, Robert F. Klepinger* and *Wil-*